```
RUSSELL D. GREER
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 3051
MODESTO, CALIFORNIA  95353-3051
TELEPHONE (209) 576-1954
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JALEAIL NABIZADAH<br><br>　　　　　　　　　Debtor(s). | Case No.:　18-23696<br><br>D.C. No.:　RDG-1<br><br>CHAPTER 13 PROCEEDING<br><br>DATE:　SEPTEMBER 4, 2018<br>TIME:　10:00 AM<br>DEPT.:　D |

**NOTICE OF TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN**

　　RUSSELL D. GREER, Chapter 13 Trustee, has filed papers with the court objecting to confirmation of your Chapter 13 plan.

　　**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

　　A hearing on the objection and confirmation of the plan will be held on **September 4, 2018**, at **10:00 AM at the U.S. Bankruptcy Court, 501 I Street, Sixth Floor, Courtroom 34, Sacramento, California.**

　　Pursuant to Local Rule, no written response to the objection is necessary.  Any opposition to the objection shall be heard at the hearing.

Date:　08/13/2018　　　　　　　　　　　　/S/ LORRAINE W. CROZIER
　　　　　　　　　　　　　　　　　　　　　Lorraine W. Crozier,
　　　　　　　　　　　　　　　　　　　　　Attorney for Russell D. Greer,
　　　　　　　　　　　　　　　　　　　　　Chapter 13 Standing Trustee