**Fill in this information to identify the case:**

Debtor 1: JALEAIL NABIZADAH

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Eastern District of California

Case number: 18-23696

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: BANK OF THE WEST

Court claim no. (if known): 9

Last 4 digits of any number you use to identify the debtor's account: 8 5 7 7

Date of payment change: Must be at least 21 days after date of this notice: 05/01/2020

New total payment: $ 2,353.68
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 314.58     New escrow payment: $ 125.83

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %     New interest rate: _____ %

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

| Debtor 1 | JALEAIL NABIZADAH | Case number (if known) 18-23696 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X _[signature: Irma Quezada]_            Date 04/08/2020
Signature

Print: **IRMA QUEZADA**         Title **BK SPECIALIST**
       First Name  Middle Name  Last Name

Company: **BANK OF THE WEST**

Address: **2527 CAMINO RAMON**
       Number  Street

**SAN RAMON**       **CA**  **94583**
City                       State  ZIP Code

Contact phone **18006530347 OPT 6**       Email **bkupdates@bankofthe**

```
0007542 01 AB 0.416 *AUTO  T3 0 3325 95304-598220  -C01-P07549-I
JALEAIL NABIZADAH
1520 BRANDON DEWEY LN
TRACY           CA 95304-5982
```

Your Loan Number:

Date: 03/27/20

## Annual Escrow Account Disclosure Statement - Projections

Please review this statement closely - Your mortgage payment may be affected. This statement tells you of any changes in your mortgage payment, any surplus refunds, or any shortage or deficiency that you must pay. It also shows you the anticipated escrow activity for your escrow cycle beginning May, 2020 and ending April, 2021.

### Anticipated Payments From Escrow

| | |
|---|---|
| HAZARD INS | 1,510.00 |
| TOTAL | 1,510.00 |
| Periodic Payment to Escrow | 125.83 (1/12 of "Total from Escrow") |

### Anticipated Escrow Activity - May, 2020 through April, 2021

| Month | Anticipated Payments to Escrow | Anticipated Payments from Escrow | Description | Escrow Balance Comparison Anticipated | Required |
|---|---|---|---|---|---|
| | | Actual starting balance ===> | | 880.84- | 1,006.68 |
| May,20 | 125.83 | 0.00 | | 755.01- | 1,132.51 |
| Jun,20 | 125.83 | 0.00 | | 629.18- | 1,258.34 |
| Jul,20 | 125.83 | 0.00 | | 503.35- | 1,384.17 |
| Aug,20 | 125.83 | 0.00 | | 377.52- | 1,510.00 |
| Sep,20 | 125.83 | 0.00 | | 251.69- | 1,635.83 |
| Oct,20 | 125.83 | 1,510.00 | HAZARD INS | 1,635.86-ALP | 251.66 RLP |
| Nov,20 | 125.83 | 0.00 | | 1,510.03- | 377.49 |
| Dec,20 | 125.83 | 0.00 | | 1,384.20- | 503.32 |
| Jan,21 | 125.83 | 0.00 | | 1,258.37- | 629.15 |
| Feb,21 | 125.83 | 0.00 | | 1,132.54- | 754.98 |
| Mar,21 | 125.83 | 0.00 | | 1,006.71- | 880.81 |
| Apr,21 | 125.83 | 0.00 | | 880.88- | 1,006.64 |

### Determining Your Required Escrow Balance

If the Anticipated Low Point balance (ALP) is less than the Required Low Point balance (RLP), then you have an escrow shortage....

Your escrow shortage is.... 1,887.52-

### Calculations of Your New Payment Amount

| | |
|---|---|
| PRIN & INTEREST | 2,070.56 * |
| ESCROW PAYMENT | 125.83 |
| SHORTAGE PYMT | 157.29 |
| Borrower payment starting with the payment due 05/01/20 ==> | 2,353.68 |

\* If your loan is an adjustable rate mortgage, the principal & interest portion of your payment may change within this cycle in accordance with your loan documents.

Note : Your escrow balance may contain a cushion. A cushion is an amount of money held in your escrow account to prevent your escrow balance from being overdrawn when increases in the disbursements occur. Federal law authorizes a maximum escrow cushion not to exceed 1/6 of the total annual anticipated escrow disbursements made during the above cycle. Your loan documents or state law may require a lesser cushion. When your escrow balance reaches its lowest point during the above cycle, that balance is targeted to be your cushion amount. Your escrow cushion for this cycle is $251.66.

(See Reverse Side)

# S H O R T A G E

3325-01-b1-0007542-0001-0014375

Shortage Amount: $1,887.52

Customer Loan Number:

Customer Name:     JALEAIL NABIZADAH

**Return shortage payment to:**



Bank of the West
P O BOX 727
OMAHA NE 68101-9801

Your escrow statement indicates a shortage of $1,887.52. For your convenience, your escrow shortage has been spread over 12 months and your mortgage payment has been adjusted accordingly. However, if you elect to make a lump sum payment of the entire shortage before the scheduled payment change, your new mortgage payment will be $2,196.39.

If you elect to pay this shortage, please submit your payment with this coupon before 05/01/20

## Annual Escrow Account Disclosure Statement - Projections

**** Continuation ****

Your anticipated escrow balance consists of the following detail (an * next to an amount indicates this is a total that represents more than one payment to or disbursement from escrow):

**Escrow payments up to escrow analysis effective date:**
04/20        $314.58

**** Continued on Next Page ****



Your Loan Number:

Date: 03/27/20

## Annual Escrow Account Disclosure Statement - Last Cycles Escrow Account History

This is a statement of your actual escrow account transactions beginning March, 2020 and ending February, 2021. Next to the actual activity is the anticipated activity. Anticipated activity represents the transactions we had projected as occurring during this cycle. We are providing it to you for information purposes. It does not require any action on your part.

##### ----- Past Year Payment Breakdown -----

| | |
|---|---|
| PRIN & INTEREST | 2,070.56 |
| ESCROW PAYMENT | 125.83 |
| SHORTAGE PYMT | 188.75 |
| TOTAL | 2,385.14 |

| | -- Payments to Escrow -- | | -- Payments from Escrow -- | | | -- Escrow Balance -- | |
|---|---|---|---|---|---|---|---|
| Month | Anticipated | Actual | Anticipated | Description Actual | Description | Anticipated | Actual |
| | | | Starting Balance ===> | | | 755.02 | 1510.00- |
| Mar | 125.83 * | 314.58 | 0.00 | 0.00 | | 880.85 | 1195.42- ALP |
| Apr | 125.83 | 0.00 E | 0.00 | 0.00 | | 1006.68 | 1195.42- |
| May | 125.83 | 0.00 E | 0.00 | 0.00 | | 1132.51 | 1195.42- |
| Jun | 125.83 | 0.00 E | 0.00 | 0.00 | | 1258.34 | 1195.42- |
| Jul | 125.83 | 0.00 E | 0.00 | 0.00 | | 1384.17 | 1195.42- |
| Aug | 125.83 | 0.00 E | 0.00 | 0.00 | | 1510.00 | 1195.42- |
| Sep | 125.83 | 0.00 E | 0.00 | 0.00 | | 1635.83 | 1195.42- |
| Oct | 125.83 | 0.00 E | 1510.00 | 0.00 | HAZARD INS | 251.66 TLP | 1195.42- |
| Nov | 125.83 | 0.00 E | 0.00 | 0.00 | | 377.49 | 1195.42- |
| Dec | 125.83 | 0.00 E | 0.00 | 0.00 | | 503.32 | 1195.42- |
| Jan | 125.83 | 0.00 E | 0.00 | 0.00 | | 629.15 | 1195.42- |
| Feb | 125.83 | 0.00 E | 0.00 | 0.00 | | 754.98 | 1195.42- |
| TOT | 1509.96 | 314.58 | 1510.00 | 0.00 | | | |

Under Federal law, when your actual escrow balance reaches its lowest point, that balance is targeted not to exceed 1/6th of the annual anticipated disbursements or $251.66. Your loan documents or state law may specify a lower amount.

Under your mortgage contract or State or Federal law, your Targeted Low Point escrow balance (TLP) was $251.66. Your Actual Low Point escrow balance (ALP) was $1,195.42-.

By comparing the anticipated escrow transactions with the actual transactions you can determine where a difference may have occurred. An asterisk (*) indicates a difference in either the amount or date of our anticipated disbursements and the actual disbursements.

The letter E beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

We are sending you this notice because your account documents and/or applicable law require it. If this debt is subject to a bankruptcy proceeding that results in a discharge or has been discharged in bankruptcy, this notice is not intended to be a collection attempt and you will have no personal liability on the debt. However, we may proceed with our available remedies, including foreclosure or repossession, against any collateral securing the debt. This notice is being given pursuant to the loan documents. If this debt has been discharged in Bankruptcy, no personal claim will be made against you for any amounts due and owing on the loan. However, we may proceed with remedies, including Foreclosure, against the property pledged as security for the loan.

This space intentionally left blank.

Thank you for being our Valued Customer.

<u>Certificate of Service</u>

I certify that the foregoing notice has been served on the following addresses on ____4/8/20____ (DATE)

**JALEAIL NABIZADAH**
1520 BRANDON DEWEY LANE
TRACY CA 95304

**NATHAN D BORRIS**
1380 A STREET
HAYWARD CA 94541

**RUSSELL D GREER**
P O BOX 3051
MODESTO CA 95353

Respectfully Submitted,

_____

Bank of the west